**Order entered April 6, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00181-CR

## EX PARTE NORMAN JOSEPH LANDRY

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-00932-2022**

## ORDER

Before the Court are appellant's March 28, 2022 pro se motion for bail pending appeal and March 31, 2022 pro se motion to release counsel. On April 4, 2022, appellant filed a pro se letter asking the Court to disregard his pro se motion to release counsel.

In light of appellant's April 4, 2022 letter, his pro se motion to release counsel is **DENIED AS MOOT**.

Because appellant is represented by counsel, he is not entitled to hybrid representation. *See Miniel v. State*, 831 S.W.2d 310, 313 n.1 (Tex. Crim. App.

1992). Accordingly, appellant's pro se motion for bail pending appeal is **DENIED** without prejudice.

/s/ BILL PEDERSEN, III
    JUSTICE